UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
GALVESTON DIVISION

IN RE:                                          :
                                                :
NOAH ELI ESTRADA                                :        CASE NO.  16-80003
                                                :        CHAPTER 11
                                                :
                                                :
DEBTOR                                          :

CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING SEPTEMBER 9, 2019

1.  ☐ Quarterly  or  ☒ Final (check one)

2.  SUMMARY OF DISBURSEMENTS*:

   A. Disbursements made under the plan (itemize on page 3)          $187,795.51
   B. Disbursements not under the plan                               $131,553.71
                        Total Disbursements                          $319,349.22

      *ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE
      ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3.     Has the order confirming plan become final?                        ☒ Yes   ☐ No

4.     Are Plan payments being made as required under the Plan?           ☒ Yes   ☐ No

5.     If "No", what Plan payments have not been made and why?
       Please explain:

6.     If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7.     What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property
       treated under the plan?   9/12/16 _____ (Date)

8.     Please describe any factors which may materially affect your ability to obtain a final decree at this time.

9.     Complete the form for Plan Disbursements attached.

10.    CONSUMMATION OF PLAN:

       A.  If this is a final report, has an application for Final Decree been submitted*?

           ☒  Yes  Date application was submitted  July 30, 2019 _____

           ☐  No   Date when application will be submitted _____

           *(If required by Local Rule)

       B.  Estimated Date of Final Payment Under Plan  July, 2019 _____

┌─────────────────────┐
│ INITIALS_____      │
│                     │
│ DATE   _____       │
│                     │
│ UST USE ONLY        │
└─────────────────────┘

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE.

SIGNED: _____            DATE: 10-14-19 _____

         Noah Estrada
        (PRINT NAME)

IN RE:   **NOAH ELI ESTRADA**                         CASE NO.   **16-80003**

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | $7,318.15 | |
| RECEIPTS **Includes money disbursed by ARM that did not pass through DIP | $436,861.96 | $5,085,715.70 |
| DISBURSEMENTS | | |
| NET PAYROLL | $3,698.00 | $55,739.41 |
| TAXES | | $353.37 |
| SECURED/RENTAL/LEASES | $10,200.92 | $89,890.36 |
| UTILITIES | $1,972.57 | $33,271.97 |
| INSURANCE | $7,333.19 | $89,721.24 |
| INVENTORY PURCHASES | | $0.00 |
| VEHICLE EXPENSES | | $5,369.29 |
| TRAVEL & ENTERTAINMENT | | $6,122.04 |
| FARM EXPENSE, REPAIRS, MAINTENANCE & SUPPLIES | $50,881.82 | $543,369.80 |
| ADMINISTRATIVE  & SELLING | | $0.00 |
| OTHER   (attach list) | 57,467.21 | |
| PLAN PAYMENTS (page 1 and page 3) | $187,795.51 | $1,038,778.23 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | $319,349.22 | $4,283,477.83 |
| NET CASH FLOW | $117,512.74 | |
| CASH-END OF QUARTER | $7,318.15 | |

### CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
### QUARTER ENDING – MARCH, 2019

| | Month/Year July/2019 | Month/Year August/2019 | Month/Year Sept/2019 (9th) | Total |
|---|---|---|---|---|
| Bank Balance | $204,165.04 | $13,513.57 | $8,677.71 | |
| Deposit in Transit | | | | |
| Outstanding Checks | | | | |
| Adjusted Balance | $204,165.04 | $13,513.57 | $8,677.71 | |
| Beginning Cash-Per Books | $7,318.15 | $204,165.04 | $13,513.57 | |
| Receipts | $275,185.60 | $515.01 | $0.00 | $275,700.61 |
| Transfers Between Accounts | | | | |
| Checks/Other  Disbursements | $78,338.71 | $191,166.48 | $7,658.36 | $277,163.55 |
| Ending Cash-Per Books | $204,165.04 | $13,513.57 | $8,677.71 | |

**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**

|  | Month/Year | Month/Year | Month/Year | Total |
|---|---|---|---|---|
| Beginning Cash |  |  |  |  |
| Total Receipts |  |  |  |  |
| Total Disbursements |  |  |  |  |
| Ending Cash |  |  |  |  |

IN RE:   **NOAH ELI ESTRADA**                                    CASE NO.   **16-80003**

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| FSA | 12 | | | $17,250.00 |
| Khun Krause | 9.4 | | | $11,875.02 |
| Honda (Vista) | 11 | Oct., 2019 | $1,158.51 | $11,136.40 |
| Mullin Hoard & Brown, L.L.P. | 1 | | | $77,830.42 |
| Johnson Miller & Co. | 1 | | | $58,003.25 |
| Gary Lawrence | 1 | | | $675.00 |
| Wollam & Sons | 4 | | | $110,191.15 |
| Internal Revenue Service | 2.1 | | | $9,208.12 |
| Bailey & Bailey Farms | 5 | | | $507,870.00 |
| Michelle Estrada | 7 | | | $28,441.00 |
| McKenzie Farms | 6 | | | $89,746.11 |
| Castro County Appraisal District | 2.2 | | | $1,085.72 |
| Lamb County Appraisal District | 2.2 | | | $1,201.69 |
| Quay County Appraisal District | 2.2 | | | $1,569.90 |
| Brazoria County Tax Office | 2.2 | | | $14,838.20 |
| Diversified Financial | 13 | | | $58,078.56 |
| Crop Production Services | 13 | | | $7,016.87 |
| CS Nutrients | 13 | | | $5,250.00 |
| John Deere | 10 | | $44,937.00 | $75,954.00 |
| Farm Service Agency | 12 | | | |
| CNH | 9 | | $84,638.00 | $84,638.00 |
| Helena | 14 | | $42,361.00 | $42,631.00 |
| PHI | 14 | | $14,701.00 | $14,701.00 |
| | | | | |
| **TOTAL PLAN PAYMENTS:** (report on page 1 and page 2) | | | | |

3

**ATTACHMENT TO POST CONFIRMATION REPORT**

**Disbursement/Other**

| | |
|---|---|
| Food | $210.27 |
| Gas | $1,026.74 |
| Home/Maintenance | $4,249.58 |
| Misc./Bank Fees | $466.78 |
| Donations | $2,050.00 |
| Professional Fees | $2,671.49 |
| Paul Estrada/Pickup | $1,106.00 |
| US Trustee Fees | $1,625.00 |
| Payments made with funds from ARM that did not pass through DIP | $44,061.35 |
| **TOTAL:** | **$57,467.21** |

# Wells Fargo® Preferred Checking

July 26, 2019 ■ Page 1 of 4



NOAH ESTRADA
16819 FONDNESS PARK DR
SPRING TX 77379-6928

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**    (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288    *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/28 | $613.89 |
| Deposits/Additions | 500.00 |
| Withdrawals/Subtractions | - 625.50 |
| **Ending balance on 7/26** | **$488.39** |

Account number: ▓▓▓▓▓7590

**NOAH ESTRADA**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  111900659

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

July 26, 2019 ■ Page 2 of 4



WELLS FARGO

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $511.27 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/28 | | Purchase authorized on 06/26 Whataburger 1091 Fort Worth TX S389178007413890 Card 7710 | | 7.18 | 606.71 |
| 7/1 | | Purchase authorized on 06/27 Paypal *Ileftmystu 4029357733 Can S389178617408872 Card 7710 | | 24.39 | 582.32 |
| 7/3 | | Purchase authorized on 07/01 Fbs Fee Firstbilling. OH S469182690485851 Card 7710 | | 1.34 | |
| 7/3 | | Purchase authorized on 07/01 Fbs*Kleinwood Mud Firstbilling. TX S589182690496641 Card 7710 | | 44.60 | 536.38 |
| 7/10 | | Purchase authorized on 07/09 Paypal *Wuxiaojing 402-935-7733 CA S469190751419820 Card 7710 | | 18.96 | 517.42 |
| 7/11 | | Purchase authorized on 07/09 Walmart.Com 800966 800-966-6546 AR S309190685702412 Card 7710 | | 32.87 | |
| 7/11 | | Purchase authorized on 07/09 Paypal *Shenzhensh 4029357733 Hkg S389190751443990 Card 7710 | | 12.68 | |
| 7/11 | | Online Transfer to Noah Estrada Business Checking xxxxxx9776 Ref #Ib06Jbvxfw on 07/11/19 | | 250.00 | |
| 7/11 | | Online Transfer to Noah Estrada Business Checking xxxxxx9776 Ref #Ib06Jcgp87 on 07/11/19 | | 170.00 | |
| 7/11 | ^ 99 | Cpenergy Entex Cpe ACH 071019 00099 006401960047 | | 40.23 | 11.64 |
| 7/12 | | Online Transfer From Noah Estrada Business Checking xxxxxx9776 Ref #Ib06Jgtllm on 07/12*19 | 500.00 | | 511.64 |
| 7/22 | | Purchase authorized on 07/21 H-E-B Gas/Carwa Spring TX P00000000284929126 Card 7710 | | 23.25 | 488.39 |
| **Ending balance on 7/26** | | | | | **488.39** |
| **Totals** | | | **$500.00** | **$625.50** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**^** **Converted check:** Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.

**Summary of checks written**  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 99 | 7/11 | 40.23 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/28/2019 - 07/26/2019 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

# Wells Fargo® Preferred Checking

August 27, 2019 ■ Page 1 of 4



NOAH ESTRADA
16819 FONDNESS PARK DR
SPRING TX 77379-6928

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/27 | $488.39 |
| Deposits/Additions | 500.01 |
| Withdrawals/Subtractions | - 485.19 |
| **Ending balance on 8/27** | **$503.21** |

Account number: ▉7590

**NOAH ESTRADA**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  111900659

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $410.67 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.01 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Purchase authorized on 07/30 Paypal *Clickbank 402-935-7733 ID S469212135853281 Card 7710 | | 39.31 | 449.08 |
| 8/12 | | Purchase authorized on 08/10 WM Superc Wal-Mart Sup Hereford TX P00000000480272290 Card 7710 | | 102.20 | 346.88 |
| 8/16 | | Cpenergy Entex Ent ACH Dr 006401960047 Company 0082 Gas | | 78.49 | 268.39 |
| 8/19 | | Purchase authorized on 08/18 Vitaminshoppe872 6750 Spring TX P00000000789938048 Card 7710 | | 53.60 | 214.79 |
| 8/20 | | Purchase authorized on 08/18 Cricket Wireless 855-246-2461 FL S389230861618292 Card 7710 | | 30.00 | 184.79 |
| 8/21 | | Purchase authorized on 08/18 Fbs Fee Firstbilling. OH S309231197692420 Card 7710 | | 1.34 | |
| 8/21 | | Purchase authorized on 08/18 Fbs*Kleinwood Mud Firstbilling. TX S309231197702739 Card 7710 | | 44.60 | 138.85 |
| 8/22 | | Purchase authorized on 08/21 Amzn Mktp US*MO4Kd Amzn.Com/Bill WA S469233514464324 Card 7710 | | 15.80 | 123.05 |
| 8/23 | | Online Transfer From Noah Estrada Business Checking xxxxxx9776 Ref #Ib06Qlmfvp on 08/23/19 | 500.00 | | 623.05 |
| 8/26 | | Purchase authorized on 08/26 WM Superc Wal-Mart Sup Tomball TX P00000000432037528 Card 7710 | | 104.85 | 518.20 |
| 8/27 | | Interest Payment | 0.01 | | |
| 8/27 | | Monthly Service Fee | | 15.00 | 503.21 |
| **Ending balance on 8/27** | | | | | 503.21 |
| **Totals** | | | **$500.01** | **$485.19** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/27/2019 - 08/27/2019 | Standard monthly service fee $15.00 | You paid $15.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $0.00 ☐ |
| · Linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $123.05 ☐ |
| - Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | |

JD/JD

# WELLS FARGO

## PREFERRED CHECKING
...7590

**$681.56**
Available balance

### Activity Summary

| | |
|---|---|
| **Current posted balance** | $244.80 |
| **Pending withdrawals/debits** | -$63.24 |
| **Pending deposits/credits** | +$500.00 |
| **Available balance** | **$681.56** |
| Monthly Service Fee Summary | |
| Routing numbers | |

## Activity

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | | | | |
| No pending transactions meet your search criteria. Please try again. | | | | |
| **Posted Transactions** | | | | |
| 09/03/19 | PURCHASE AUTHORIZED ON 09/01 CHILI'S KUYKENDAHL SPRING TX S589244628740705 CARD 7710 | | $32.69 | $322.75 |
| 09/03/19 | PURCHASE AUTHORIZED ON 08/30 PAYPAL *MIAFORTUNA 402-935-7733 CA S389242826340542 CARD 7710 | | $31.22 | |
| **Totals** | | **$0.00** | **$63.91** | |

Back to top

First
Previous
Next

## *Account Disclosures

# Wells Fargo Simple Business Checking

July 31, 2019 ■ Page 1 of 5



NOAH ESTRADA
DEBTOR-IN-POSSESION
CH 11 CASE 16-80003 (STX)
16819 FONDNESS PARK DR
SPRING TX 77379-6928

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $6,704.26 |
| Deposits/Credits | 274,685.60 |
| Withdrawals/Debits | - 77,713.21 |
| **Ending balance on 7/31** | **$203,676.65** |
| Average ledger balance this period | $107,129.70 |

Account number: ████9776

**NOAH ESTRADA**
**DEBTOR-IN-POSSESION**
**CH 11 CASE 16-80003 (STX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

July 31, 2019 ■ Page 2 of 5



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Bill Pay Vista Bank Recurring 74784 on 07-01 | | 386.17 | |
| 7/1 | 1454 | Check | | 1,000.00 | 5,318.09 |
| 7/2 | | Recurring Payment authorized on 07/01 Sprint *Wireless 800-639-6111 KS S469182329368519 Card 9985 | | 148.77 | |
| 7/2 | 1452 | Check | | 650.65 | 4,518.67 |
| 7/3 | 111900659 | Check | | 160.00 | 4,358.67 |
| 7/9 | 1455 | Check | | 800.59 | 3,558.08 |
| 7/10 | | Purchase authorized on 07/10 Circle K # 03353 5725 Spring TX P00000000077409945 Card 9985 | | 48.00 | |
| 7/10 | | Purchase authorized on 07/10 Wal-Mart #0527 Angleton TX P00000000080448103 Card 9985 | | 26.85 | |
| 7/10 | | TX Farm Bureau Premiums 0083460 Noah Estrada | | 792.88 | 2,690.35 |
| 7/11 | | Online Transfer From Estrada N Preferred Checking xxxxxx7590 Ref #Ib06Jbvxfw on 07/11/19 | 250.00 | | |
| 7/11 | | Online Transfer From Estrada N Preferred Checking xxxxxx7590 Ref #Ib06Jcgp87 on 07/11/19 | 170.00 | | |
| 7/11 | | Purchase authorized on 07/10 Soileaus Parts and Angleton TX S589191718406847 Card 9985 | | 17.93 | |
| 7/11 | | Purchase authorized on 07/10 Sq *G&G Express Angleton TX S389191726529677 Card 9985 | | 25.50 | 3,066.92 |
| 7/12 | | Agrifund LLC Operating 2652 Noah Estrada | 2,659.60 | | |
| 7/12 | | Recurring Payment authorized on 07/11 Constellation-Util 888-635-0827 IL S469192413836426 Card 9985 | | 323.09 | |
| 7/12 | | Online Transfer to Estrada N Preferred Checking xxxxxx7590 Ref #Ib06Jgtllm on 07/12/19 | | 500.00 | 4,903.43 |
| 7/15 | 1457 | Check | | 56.00 | |
| 7/15 | | Sfb-Farm Bureau Ins.Prem. 071119 012918262L07119 Noah Estrada | | 521.68 | 4,325.75 |
| 7/16 | | Purchase authorized on 07/16 USPS PO 48856603 7717 Lou Spring TX P00469197679925988 Card 9985 | | 7.35 | |
| 7/16 | | Purchase authorized on 07/16 Autozone 3980 7630 Louet Spring TX P00589197689633784 Card 9985 | | 25.96 | |
| 7/16 | | Purchase authorized on 07/16 H-E-B Gas/Carwa Spring TX P00000000171864354 Card 9985 | | 41.50 | |
| 7/16 | 1456 | Check | | 2,659.60 | |
| 7/16 | 1458 | Check | | 1,438.50 | 152.84 |
| 7/17 | | Edeposit IN Branch/Store 07/17/19 04:12:48 Pm 7344 Louetta Rd Spring TX 9776 | 1,000.00 | | 1,152.84 |
| 7/18 | | Agrifund LLC Operating 2652 Noah Estrada | 706.00 | | |
| 7/18 | 1464 | Check | | 490.00 | 1,368.84 |
| 7/19 | | FSA Treas 310 Misc Pay 071919 xxxxx2004 Rmt*Sy*509828719********Estrada, \Ref*L | 269,900.00 | | |
| 7/19 | | Purchase authorized on 07/19 Buc-Ee's #13 Angleton TX P00389200590364093 Card 9985 | | 44.50 | |
| 7/19 | 1463 | Check | | 216.00 | 271,008.34 |
| 7/22 | | Purchase authorized on 07/21 Hctra EZ Tag Rebil 281-8753279 TX S389202432710696 Card 9985 | | 40.00 | |
| 7/22 | | Purchase authorized on 07/21 Allsups #328 1741 Hwy 351 Abilene TX P00589202852628464 Card 9985 | | 33.33 | |
| 7/22 | | Purchase authorized on 07/21 Fast Stop 15 Lubbock TX P00309203073373681 Card 9985 | | 48.70 | |
| 7/22 | | Purchase authorized on 07/22 Shell Service S Tucumcari NM P00000000276514815 Card 9985 | | 31.60 | 270,854.71 |
| 7/23 | 1466 | Check | | 170.50 | 270,684.21 |
| 7/24 | | Purchase authorized on 07/24 Allsups 58 Tucumcari NM P00589205696804799 Card 9985 | | 57.42 | |
| 7/24 | | Purchase authorized on 07/24 Allsups 58 Tucumcari NM P00309205699976835 Card 9985 | | 13.20 | |
| 7/24 | | Purchase authorized on 07/24 Tractor S 1401 East Rt Tucumcari NM P00000000489828095 Card 9985 | | 172.64 | |

July 31, 2019 ■ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 7/24 | | Purchase authorized on 07/24 Tractor S 1401 East Rt Tucumcari NM P0000000680558190 Card 9985 | | 10.83 | |
| 7/24 | 1468 | Check | | 50.00 | 270,380.12 |
| 7/25 | | Purchase authorized on 07/24 Shoppas Farm Suppl El Campo TX S389205587116109 Card 9985 | | 768.16 | |
| 7/25 | | Purchase authorized on 07/25 Hudsons Auto Supply. I Tucumcari NM P0046920664040367 Card 9985 | | 52.00 | |
| 7/25 | | Purchase authorized on 07/25 Dickinson Implement CO Tucumcari NM P00469206698593921 Card 9985 | | 11.24 | |
| 7/25 | 1461 | Check | | 14,701.00 | 254,847.72 |
| 7/26 | | Purchase authorized on 07/25 Tractor S 1401 East Rt Tucumcari NM P0000000186563956 Card 9985 | | 142.89 | |
| 7/26 | | Purchase authorized on 07/26 Hudsons Auto Supply. I Tucumcari NM P0038920771819264 Card 9985 | | 76.22 | |
| 7/26 | 1467 | Check | | 1,625.00 | 253,003.61 |
| 7/29 | | Purchase authorized on 07/28 Shell Service S Tucumcari NM P0000000282661938 Card 9985 | | 25.00 | |
| 7/29 | | Purchase authorized on 07/28 Shell Service S Tucumcari NM P0000000276969215 Card 9985 | | 20.57 | |
| 7/29 | | Purchase authorized on 07/29 Hudsons Auto Supply. I Tucumcari NM P0046921071542279 Card 9985 | | 58.83 | |
| 7/29 | | Purchase authorized on 07/29 Tractor S 1401 East Rt Tucumcari NM P0000000276669796 Card 9985 | | 112.04 | |
| 7/29 | 1462 | Check | | 44,937.00 | 207,850.17 |
| 7/30 | | Wire Trans Svc Charge - Sequence: 190730160390 Srf# 0005499211913074 Trn#190730160390 Rfb# | | 30.00 | |
| 7/30 | | Bill Pay Vista Bank Recurring 74784 on 07-30 | | 386.17 | |
| 7/30 | | WT Fed#06747 U S A A Federal SA /Ftr/Bnf=Michelle Estrada Srf# 0005499211913074 Trn#190730160390 Rfb# | | 3,750.00 | |
| 7/30 | | Purchase authorized on 07/30 USPS PO 34896708 220 S 1S Tucumcari NM P00469211732591011 Card 9985 | | 7.35 | 203,676.65 |
| Ending balance on 7/31 | | | | | 203,676.65 |
| Totals | | | $274,685.60 | $77,713.21 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1452 | 7/2 | 650.65 | 1458 | 7/16 | 1,438.50 | 1466 * | 7/23 | 170.50 |
| 1454 * | 7/1 | 1,000.00 | 1461 * | 7/25 | 14,701.00 | 1467 | 7/26 | 1,625.00 |
| 1455 | 7/9 | 800.59 | 1462 | 7/29 | 44,937.00 | 1468 | 7/24 | 50.00 |
| 1456 | 7/16 | 2,659.60 | 1463 | 7/19 | 216.00 | 111900659 * | 7/3 | 160.00 |
| 1457 | 7/15 | 56.00 | 1464 | 7/18 | 490.00 | | | |

* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2019 - 07/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

Sheet Seq = 0098630

# Wells Fargo Simple Business Checking

August 31, 2019 ■ Page 1 of 5



NOAH ESTRADA
DEBTOR-IN-POSSESION
CH 11 CASE 16-80003 (STX)
16819 FONDNESS PARK DR
SPRING TX 77379-6928

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $203,676.65 |
| Deposits/Credits | 15.00 |
| Withdrawals/Debits | - 190,681.29 |
| **Ending balance on 8/31** | **$13,010.36** |
| Average ledger balance this period | $63,223.26 |

Account number: ████9776

**NOAH ESTRADA**
**DEBTOR-IN-POSSESION**
**CH 11 CASE 16-80003 (STX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

August 31, 2019 ■ Page 2 of 5



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 8/1 | | Purchase authorized on 07/29 Shoup Manufacturin 815-9334439 IL S469210701927887 Card 9985 | | 709.30 | |
| 8/1 | | Recurring Payment authorized on 07/31 Sprint *Wireless 800-639-6111 KS S389212334473086 Card 9985 | | 170.55 | |
| 8/1 | | Purchase authorized on 08/01 Hudsons Auto Supply. I Tucumcari NM P00589213645095303 Card 9985 | | 15.16 | |
| 8/1 | | Purchase authorized on 08/01 Circle K 00839 601 E T Tucumcari NM P00000000175648556 Card 9985 | | 52.25 | |
| 8/1 | 1474 | Check | | 1,106.00 | 201,623.39 |
| 8/2 | | Purchase authorized on 08/02 Melrose Grain A Melrose NM P0000000773997914 Card 9985 | | 37.94 | 201,585.45 |
| 8/5 | | Purchase authorized on 08/03 Shoppas Farm Suppl 979-5438363 TX S389215557216646 Card 9985 | | 209.79 | |
| 8/5 | | Purchase authorized on 08/03 Dickinson Implement CO Tucumcari NM P00589215725272475 Card 9985 | | 108.03 | |
| 8/5 | | Purchase authorized on 08/03 Tractor S 1401 East Rt Tucumcari NM P0000000884432089 Card 9985 | | 50.83 | |
| 8/5 | | Purchase authorized on 08/03 Hudsons Auto Supply. I Tucumcari NM P00309215741530638 Card 9985 | | 58.49 | |
| 8/5 | | Purchase authorized on 08/03 Shell Service S Tucumcari NM P00000000772270893 Card 9985 | | 29.66 | |
| 8/5 | 1473 | Check | | 528.00 | |
| 8/5 | 1472 | Check | | 1,134.00 | |
| 8/5 | 1460 | Check | | 42,361.00 | 157,105.65 |
| 8/6 | | Purchase authorized on 08/06 Allsups 58 Tucumcari NM P00469218822276762 Card 9985 | | 44.35 | |
| 8/6 | | Kendrick Oil Payment 18660056 Estrada | | 15,270.95 | 141,790.35 |
| 8/7 | | Purchase authorized on 08/07 Tractor S 1401 East Rt Tucumcari NM P00000000335912788 Card 9985 | | 188.52 | 141,601.83 |
| 8/8 | | Purchase authorized on 08/06 Amzn Mktp US*MA8Xa Amzn.Com/Bill WA S309218808193351 Card 9985 | | 57.28 | |
| 8/8 | 1475 | Check | | 250.00 | |
| 8/8 | 1476 | Check | | 4,860.00 | |
| 8/8 | 1459 | Check | | 84,638.00 | 51,796.55 |
| 8/12 | | Purchase authorized on 08/10 Murphy7175Atwal Hereford TX P0000000476426898 Card 9985 | | 37.00 | |
| 8/12 | | Purchase authorized on 08/12 Dickinson Implement CO Tucumcari NM P00389224689549220 Card 9985 | | 43.55 | |
| 8/12 | | Purchase authorized on 08/12 Circle K 00839 601 E T Tucumcari NM P0000000273399337 Card 9985 | | 27.71 | |
| 8/12 | | TX Farm Bureau Premiums 0083460 Noah Estrada | | 895.19 | 50,793.10 |
| 8/13 | | Purchase authorized on 08/11 Coakley Tech 414-902-2620 WI S589224108330819 Card 9985 | | 22.29 | |
| 8/13 | | Recurring Payment authorized on 08/12 Constellation-Util 888-635-0827 IL S469224437080326 Card 9985 | | 429.79 | |
| 8/13 | | Purchase authorized on 08/12 Tractor S 1401 East Rt Tucumcari NM P0000000132178080 Card 9985 | | 172.95 | |
| 8/13 | | Purchase authorized on 08/12 Allsups 58 Tucumcari NM P00389225051161224 Card 9985 | | 32.62 | |
| 8/13 | | Purchase authorized on 08/13 Murphy7175Atwal Hereford TX P0000000870666927 Card 9985 | | 49.50 | |
| 8/13 | | Purchase authorized on 08/13 Murphy5798Atwal Brenham TX P0000000672632740 Card 9985 | | 47.50 | 50,038.45 |
| 8/14 | | Purchase authorized on 08/13 Phillips 66 - Yesw Sweetwater TX S469225696197219 Card 9985 | | 35.25 | |
| 8/14 | | Purchase authorized on 08/14 Alvin Food Mart # 2 Alvin TX P00000000389349684 Card 9985 | | 34.50 | |
| 8/14 | 1477 | Check | | 80.94 | |
| 8/14 | | Sfb-Farm Bureau Ins.Prem. 081219 012918262L08129 Noah Estrada | | 260.84 | |

August 31, 2019  ■  Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 8/14 | 1482 | Check | | 411.94 | |
| 8/14 | 1483 | Check | | 1,330.00 | |
| 8/14 | 1479 | Check | | 2,805.41 | |
| 8/14 | 1480 | Check | | 8,219.67 | 36,859.90 |
| 8/15 | 1465 | Check | | 10.00 | 36,849.90 |
| 8/16 | | Purchase authorized on 08/15 IN *West Texas Ele 806-3644244 TX S589227604704829 Card 9985 | | 581.10 | |
| 8/16 | | Purchase authorized on 08/16 Murphy6584Atwal Alvin TX P00000000587814903 Card 9985 | | 20.40 | |
| 8/16 | 1478 | Check | | 2,739.36 | 33,509.04 |
| 8/19 | 1491 | Deposited OR Cashed Check | | 1,357.80 | |
| 8/19 | 1485 | Check | | 1,026.50 | |
| 8/19 | 1484 | Check | | 5,106.25 | |
| 8/19 | 1492 | Check | | 2,732.24 | |
| 8/19 | 1493 | Check | | 1,000.00 | 22,286.25 |
| 8/20 | | Purchase authorized on 08/20 Tractor-S 1200 Fm 1462 Alvin TX P00000000371911004 Card 9985 | | 83.98 | |
| 8/20 | 1490 | Check | | 678.31 | 21,523.96 |
| 8/21 | | Purchase Return authorized on 08/20 Shoppas Farm Suppl El Campo TX S629233548351710 Card 9985 | 15.00 | | |
| 8/21 | | Purchase authorized on 08/20 H&K Auto 0021000 Alvin TX S389232578097369 Card 9985 | | 205.57 | |
| 8/21 | | Purchase authorized on 08/20 Tubing & Metric Hy Alvin TX S309232595225957 Card 9985 | | 116.48 | |
| 8/21 | | Purchase authorized on 08/20 Shoppas Farm Suppl 979-5438363 TX S589232610535353 Card 9985 | | 776.73 | |
| 8/21 | | Purchase authorized on 08/21 USPS PO 48228005 6003 5th Danbury TX P00309233625351812 Card 9985 | | 27.00 | |
| 8/21 | | Purchase authorized on 08/21 Corner Store 0719 Wharton TX P00589233696982057 Card 9985 | | 41.55 | 20,371.63 |
| 8/22 | | Purchase authorized on 08/20 Alvin Food Mart 2 Alvin TX S389232617490965 Card 9985 | | 8.48 | 20,363.15 |
| 8/23 | | Purchase authorized on 08/23 H-E-B Gas/Carwa Spring TX P00000000681495224 Card 9985 | | 36.14 | |
| 8/23 | | Online Transfer to Estrada N Preferred Checking xxxxxx7590 Ref #Ib06Qlmfvp on 08/23/19 | | 500.00 | |
| 8/23 | 1496 | Check | | 1,634.31 | |
| 8/23 | 1486 | Check | | 240.00 | 17,952.70 |
| 8/26 | 1494 | Check | | 799.14 | |
| 8/26 | 1495 | Check | | 36.39 | 17,117.17 |
| 8/27 | | Purchase authorized on 08/27 USPS PO 48856603 7717 Lou Spring TX P00469239787815667 Card 9985 | | 7.35 | |
| 8/27 | 1499 | Check | | 288.00 | 16,821.82 |
| 8/28 | 1497 | Check | | 97.37 | 16,724.45 |
| 8/29 | | Bill Pay Vista Bank Recurring 74784 on 08-29 | | 386.17 | |
| 8/29 | | Purchase authorized on 08/29 Shoppas Farm Supply - Ec El Campo TX P00309241706101503 Card 9985 | | 14.48 | |
| 8/29 | | Purchase authorized on 08/29 United AG - Danevang Danevang TX P0000000185085098 Card 9985 | | 161.71 | |
| 8/29 | | Purchase authorized on 08/29 United AG - Danevang Danevang TX P00000000389039916 Card 9985 | | 150.00 | |
| 8/29 | | Purchase authorized on 08/29 Sunoco 02788651 El Campo TX P00000000570333712 Card 9985 | | 40.40 | |
| 8/29 | 1500 | Check | | 630.00 | 15,341.69 |
| 8/30 | 1481 | Deposited OR Cashed Check | | 420.08 | |

August 31, 2019 ■ Page 4 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 8/30 | 1471 | Deposited OR Cashed Check | | 1,731.25 | |
| 8/30 | | Document Copy Fee | | 180.00 | 13,010.36 |
| **Ending balance on 8/31** | | | | | 13,010.36 |
| **Totals** | | | **$15.00** | **$190,681.29** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1459 | 8/8 | 84,638.00 | 1478 | 8/16 | 2,739.36 | 1491 | 8/19 | 1,357.80 |
| 1460 | 8/5 | 42,361.00 | 1479 | 8/14 | 2,805.41 | 1492 | 8/19 | 2,732.24 |
| 1465 * | 8/15 | 10.00 | 1480 | 8/14 | 8,219.67 | 1493 | 8/19 | 1,000.00 |
| 1471 * | 8/30 | 1,731.25 | 1481 | 8/30 | 420.08 | 1494 | 8/26 | 799.14 |
| 1472 | 8/5 | 1,134.00 | 1482 | 8/14 | 411.94 | 1495 | 8/26 | 36.39 |
| 1473 | 8/5 | 528.00 | 1483 | 8/14 | 1,330.00 | 1496 | 8/23 | 1,634.31 |
| 1474 · | 8/1 | 1,106.00 | 1484 | 8/19 | 5,106.25 | 1497 | 8/28 | 97.37 |
| 1475 | 8/8 | 250.00 | 1485 | 8/19 | 1,026.50 | 1499 * | 8/27 | 288.00 |
| 1476 | 8/8 | 4,860.00 | 1486 | 8/23 | 240.00 | 1500 | 8/29 | 630.00 |
| 1477 | 8/14 | 80.94 | 1490 * | 8/20 | 678.31 | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2019 - 08/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|-----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $63,223.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 32 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Wells Fargo

# WELLS FARGO

## BUSINESS
## CHECKING
...9776

$149,139.05
Available balance

Activity Summary

| | |
|---|---|
| **Ending collected balance as of 09/18/19** | $121,115.05 |
| **Current posted balance** | $149,639.05 |
| **Pending withdrawals/debits** | -$500.00 |
| **Pending deposits/credits** | $0.00 |
| **Available balance** | **$149,139.05** |
| Monthly Service Fee Summary | |
| Routing numbers | |

## Activity

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | | | | |
| No pending transactions to view. | | | | |
| **Posted Transactions** | | | | |
| 09/03/19 | HARLAND CLARKE CHECK/ACC. 090219 00028857575482 NOAH ESTRADA | | $106.70 | |
| 09/03/19 | RECURRING PAYMENT AUTHORIZED ON 08/31 SPRINT *WIRELESS 800-639-6111 KS S309243535241474 CARD 9985 | | $170.55 | $12,733.11 |
| 09/04/19 | PURCHASE AUTHORIZED ON 09/04 USPS PO 48522005 LIVERPOOL TX P00389247694742897 CARD 9985 | | $7.35 | $12,725.76 |
| 09/05/19 | CHECK # 1501 | | $3,885.55 | |
| 09/05/19 | CHECK # 1505 | | $485.25 | $8,354.96 |
| **Totals** | | **$117,100.00** | **$7,594.45** | |

Wells Fargo

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|------|-------------|------------------|--------------------|----------------------|
| 09/06/19 | PURCHASE AUTHORIZED ON 09/04 ALVIN FOOD MART 2 ALVIN TX S389247700276198 CARD 9985 | | $26.00 | |
| 09/06/19 | PURCHASE AUTHORIZED ON 09/05 LOZANO TIRE REPAIR ALVIN TX S469248793822586 CARD 9985 | | $335.00 | $7,993.96 |
| 09/09/19 | eDeposit in Branch/Store 09/09/19 01:03:19 PM 102 W SEALY ST ALVIN TX 9985 | $117,100.00 | | |
| 09/09/19 | PURCHASE AUTHORIZED ON 09/06 SHOPPAS FARM SUPPL 979-5438363 TX S309249740585212 CARD 9985 | | $237.48 | |
| 09/09/19 | PURCHASE AUTHORIZED ON 09/07 ALVIN FOOD MART 2 ALVIN TX S389250748298901 CARD 9985 | | $36.34 | |
| 09/09/19 | PURCHASE AUTHORIZED ON 09/09 MURPHY6584ATWAL ALVIN TX P00000000680154141 CARD 9985 | | $23.00 | |
| 09/09/19 | PURCHASE AUTHORIZED ON 09/09 TRACTOR-S 1200 FM 1462 ALVIN TX P00000000784380083 CARD 9985 | | $207.70 | |
| 09/09/19 | CHECK # 1503 | | $300.00 | |
| 09/09/19 | CHECK # 1502 | | $1,773.53 | $122,515.91 |
| **Totals** | | **$117,100.00** | **$7,594.45** | |

Back to top

First
Previous
Next

## *Account Disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

☎ Equal Housing Lender



# Loan Statement

**AG RESOURCE MANAGEMENT**
420 Throckmorton Street, Suite 1100
Fort Worth TX 76102

Date:    07/31/2019

NOAH ESTRADA
PO BOX 355
DANBURY TX  77534

**Summary of transactions from July 01, 2019 to July 31, 2019**

| | | | |
|---|---|---|---|
| Loan Number: | 4991 | **Opening Balance:** | **$91,483.20** |
| Credit Limit: | $255,774.00 | Total Advances: | $17,277.39 |
| Maturity Date: | 03/15/2020 | Total Payment: | $-13,221.54 |
| Interest Rate: | 10.00000% | Interest Charges: | $838.35 |
| Year To Date Interest Paid: | $1,779.21 | **Closing Balance:** | **$96,377.39** |

**Activity:**

| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/01/2019 | **Opening Balance** | | **$91,483.20** |
| 07/01/2019 | Repairs Advance | $2,368.00 | $93,851.20 |
| 07/02/2019 | Fertilizer Advance | $341.00 | $94,192.20 |
| 07/02/2019 | Fertilizer Advance | $1,431.50 | $95,623.70 |
| 07/11/2019 | Labor Advance | $109.60 | $95,733.30 |
| 07/11/2019 | Chemical Advance | $1,950.00 | $97,683.30 |
| 07/11/2019 | Seed Advance | $600.00 | $98,283.30 |
| 07/15/2019 | Repairs Advance | $105.57 | $98,388.87 |
| 07/15/2019 | Fuel Advance | $1,561.95 | $99,950.82 |
| 07/15/2019 | Fuel Advance | $8,103.77 | $108,054.59 |
| 07/16/2019 | Payment | $-13,221.54 | $94,833.05 |
| 07/17/2019 | Labor Advance | $706.00 | $95,539.05 |
| 07/31/2019 | Interest Charges | $838.35 | $96,377.39 |
| 07/31/2019 | **Ending Balance** | | **$96,377.39** |

| Balance due on or before Maturity Date | |
|---|---|
| Maturity Date: | March 15, 2020 |
| Remittance Address: | Agrifund, LLC |
| | 420 Throckmorton Street, Suite 1100 |
| | Fort Worth TX 76102 |



**AG RESOURCE MANAGEMENT**

# Loan Statement

420 Throckmorton Street, Suite 1100
Fort Worth TX 76102

Date:   08/31/2008

NOAH ESTRADA
PO BOX 355
DANBURY TX  77534

**Summary of transactions from August 01, 2019 to August 31, 2019**

| | | | |
|---|---|---|---|
| Loan Number: | 4991 | **Opening Balance:** | **$96,377.39** |
| Credit Limit: | $255,774.00 | Total Advances: | $30,149.56 |
| Maturity Date: | 03/15/2020 | Total Payment: | $0.00 |
| Interest Rate: | 10.00000% | Interest Charges: | $885.85 |
| | | | |
| Year To Date Interest Paid: | $1,779.21 | **Closing Balance:** | **$127,412.80** |

**Activity:**

| Date | Description | Amount | Balance |
|---|---|---|---|
| **08/01/2019** | **Opening Balance** | | **$96,377.39** |
| 08/08/2019 | Fuel Advance | $11,326.92 | $107,704.31 |
| 08/26/2019 | Fertilizer Advance | $18,822.64 | $126,526.95 |
| 08/31/2019 | Interest Charges | $885.85 | $127,412.80 |
| **08/31/2019** | **Ending Balance** | | **$127,412.80** |

| Balance due on or before Maturity Date | |
|---|---|
| Maturity Date: | March 15, 2020 |
| Remittance Address: | Agrifund, LLC |
| | 420 Throckmorton Street, Suite 1100 |
| | Fort Worth TX 76102 |

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1454 |
| **Date Posted** | 07/01/19 |
| **Check Amount** | $1,000.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1455 |
| **Date Posted** | 07/09/19 |
| **Check Amount** | $800.59 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1452 |
| **Date Posted** | 07/02/19 |
| **Check Amount** | $650.65 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 111900659 |
| **Date Posted** | 07/03/19 |
| **Check Amount** | $160.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1457 |
| **Date Posted** | 07/15/19 |
| **Check Amount** | $56.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1458 |
| **Date Posted** | 07/16/19 |
| **Check Amount** | $1,438.50 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1456 |
| **Date Posted** | 07/16/19 |
| **Check Amount** | $2,659.60 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1464 |
| **Date Posted** | 07/18/19 |
| **Check Amount** | $490.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| Check Number | 1463 |
|---|---|
| Date Posted | 07/19/19 |
| Check Amount | $216.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1466 |
| **Date Posted** | 07/23/19 |
| **Check Amount** | $170.50 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1468 |
| **Date Posted** | 07/24/19 |
| **Check Amount** | $50.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1461 |
| **Date Posted** | 07/25/19 |
| **Check Amount** | $14,701.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1467 |
| **Date Posted** | 07/26/19 |
| **Check Amount** | $1,625.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1462 |
| **Date Posted** | 07/29/19 |
| **Check Amount** | $44,937.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1474 |
| **Date Posted** | 08/01/19 |
| **Check Amount** | $1,106.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| Check Number | 1473 |
| --- | --- |
| Date Posted | 08/05/19 |
| Check Amount | $528.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1472 |
| **Date Posted** | 08/05/19 |
| **Check Amount** | $1,134.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1460 |
| **Date Posted** | 08/05/19 |
| **Check Amount** | $42,361.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| **Check Number** | 1475 |
| --- | --- |
| **Date Posted** | 08/08/19 |
| **Check Amount** | $250.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1476 |
| **Date Posted** | 08/08/19 |
| **Check Amount** | $4,860.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1459 |
| **Date Posted** | 08/08/19 |
| **Check Amount** | $84,638.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1477 |
| **Date Posted** | 08/14/19 |
| **Check Amount** | $80.94 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| Check Number | 1482 |
| --- | --- |
| Date Posted | 08/14/19 |
| Check Amount | $411.94 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1483 |
| **Date Posted** | 08/14/19 |
| **Check Amount** | $1,330.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏛 Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1479 |
| **Date Posted** | 08/14/19 |
| **Check Amount** | $2,805.41 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1480 |
| **Date Posted** | 08/14/19 |
| **Check Amount** | $8,219.67 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1465 |
| **Date Posted** | 08/15/19 |
| **Check Amount** | $10.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1493 |
| **Date Posted** | 08/19/19 |
| **Check Amount** | $1,000.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1492 |
| **Date Posted** | 08/19/19 |
| **Check Amount** | $2,732.24 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1484 |
| **Date Posted** | 08/19/19 |
| **Check Amount** | $5,106.25 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1485 |
| **Date Posted** | 08/19/19 |
| **Check Amount** | $1,026.50 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1491 |
| **Date Posted** | 08/19/19 |
| **Check Amount** | $1,357.80 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1478 |
| **Date Posted** | 08/16/19 |
| **Check Amount** | $2,739.36 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks
have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1490 |
| **Date Posted** | 08/20/19 |
| **Check Amount** | $678.31 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1495 |
| **Date Posted** | 08/26/19 |
| **Check Amount** | $36.39 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1494 |
| **Date Posted** | 08/26/19 |
| **Check Amount** | $799.14 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| Check Number | 1486 |
| --- | --- |
| Date Posted | 08/23/19 |
| Check Amount | $240.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1496 |
| **Date Posted** | 08/23/19 |
| **Check Amount** | $1,634.31 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1499 |
| **Date Posted** | 08/27/19 |
| **Check Amount** | $288.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1497 |
| **Date Posted** | 08/28/19 |
| **Check Amount** | $97.37 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1500 |
| **Date Posted** | 08/29/19 |
| **Check Amount** | $630.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1481 |
| **Date Posted** | 08/30/19 |
| **Check Amount** | $420.08 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

♿ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1471 |
| **Date Posted** | 08/30/19 |
| **Check Amount** | $1,731.25 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1501 |
| **Date Posted** | 09/05/19 |
| **Check Amount** | $3,885.55 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Wells Fargo

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1505 |
| **Date Posted** | 09/05/19 |
| **Check Amount** | $485.25 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1503 |
| **Date Posted** | 09/09/19 |
| **Check Amount** | $300.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1502 |
| **Date Posted** | 09/09/19 |
| **Check Amount** | $1,773.53 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender